**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frank Veritas<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2500<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11832–JKS | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frank Veritas

5/3/19                                        **By the court:**   John K. Sherwood
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318         **Order of Discharge**         page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11832-JKS
Frank Veritas                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: May 03, 2019
                               Form ID: 318             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db            +Frank Veritas,    222 4th Street,    Ridgefield Park, NJ 07660-1012
cr            +Toyota Motor Credit Corp.,    14841 Dallas Pky,,    Dallas, TX 75254-7685
517996828     +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
               Dickson City, PA 18519-1641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:21     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:12     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517996826     +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 04 2019 00:30:39     Caliber Home Loans,
               Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
517996827     +E-mail/Text: ering@cbhv.com May 04 2019 00:29:11     Collection Bureau Hudson Valley, Inc.,
               155 North Plank Road,    Po Box 831,    Newburgh, NY 12551-0831
517996829     +EDI: RMSC.COM May 04 2019 03:58:00     Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
517996831      EDI: TFSR.COM May 04 2019 03:58:00     Toyota Motor Credit,    Attn: bankruptcy,    P.O. Box 8026,
               Cedar Rapids, IA 52409
517996830      EDI: TFSR.COM May 04 2019 03:58:00     Toyota Financial Services,    Attn: Bankruptcy,
               Po Box 8026,    Cedar Rapids, IA 52409
517996832     +EDI: VERIZONCOMB.COM May 04 2019 03:58:00     Verizon Wireless,
               Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank
               of New York, et al. rsolarz@kmllawgroup.com
              Robert B Davis    on behalf of Debtor Frank  Veritas Rob@davislawcenterllc.com,
               teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5